

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2020

No. 04-19-00818-CV

**IN THE INTEREST OF K.R.C., A CHILD,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-1390-CV-A
Honorable Dulce Madrigal, Judge Presiding

# O R D E R

On December 11, 2019, we ordered appellant to file a response showing cause why this appeal should not be dismissed for lack of jurisdiction because of an untimely notice of appeal. On January 2, 2020, appellant filed a response stating he is seeking a restricted appeal. A review of the clerk's record reflects appellant filed his notice of appeal within six months after the Qualified Domestic Relations order was signed, did not participate in the underlying proceeding, and did not file a postjudgment motion. *See* TEX. R. APP. P. 25.1(d)(7), 26.1(c). We therefore retain this appeal on this court's docket.

On December 5, 2019, appellant filed a Statement of Inability to Afford Payment of Court Cost in this court, and it does not appear that appellant filed the statement in the trial court. It is therefore **ORDERED** that the clerk of this court provide a copy of appellant's statement to the other parties, the trial court clerk, and the court reporter. It is further **ORDERED** that any objection to appellant's indigence must be filed no later than **by January 27, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court